NUMBER 13-00-437-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


RICKY LEE MOULDER
, Appellant,


v.



WARDEN THOMAS PRASFIKA, ET AL.
, Appellees.

____________________________________________________________________


On appeal from the 36th District Court


of Bee County, Texas.


____________________________________________________________________


O P I N I O N



Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam



 Appellant, RICKY LEE MOULDER, perfected an appeal from a
judgment entered by the 36th District Court of Bee County, Texas, in
cause number B-99-1401-0-CV-A. The clerk's record was filed on
October 10, 2000. No reporter's record was filed. Appellant's brief was
due on November 9, 2000. Appellant's brief was received on November
29, 2000; however, said brief was untimely filed and failed to comply
with the Rules of Appellate Procedure. Appellant was directed to file an
amended brief and a motion for leave to file brief late on or before
December 11, 2000. To date, no proper appellate brief has been
received.

 When the appellant has failed to file a brief in the time prescribed,
the Court may dismiss the appeal for want of prosecution, unless the
appellant reasonably explains the failure and the appellee is not
significantly injured by the appellant's failure to timely file a brief. Tex.
R. App. P. 38.8(a)(1).

 On January 30, 2001, notice was given to all parties that this
appeal was subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). 
Appellant was given ten days to explain why the cause should not be
dismissed for failure to file a proper brief. To date, no response has
been received.

 The Court, having examined and fully considered the documents
on file, appellant's failure to file a proper appellate brief, this Court's
notice, and appellant's failure to respond, is of the opinion that the
appeal should be dismissed for want of prosecution. The appeal is
hereby DISMISSED FOR WANT OF PROSECUTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 22nd day of February, 2001